PER CURIAM.
Affirmed. Strawgate v. Turner, 339 So.2d 1112 (Fla.1976); Shaw v. Shaw, 334 So.2d 13 (Fla.1976); York Corp. v. Brock, 405 F.2d 759 (5th Cir. 1969); Century Trust Co. of Baltimore v. Allison Realty Co., 105 Fla. 456, 141 So. 612 (1932); R. K. Cooper Builders, Inc. v. Free-Lock Ceilings, Inc., 219 So.2d 87 (Fla. 3d DCA 1969); Overseas Equipment Co. v. Aceros Arquitectonicos, 374 So.2d 537 (Fla. 3d DCA 1979), and cases cited; Sonson v. Nelson, 357 So.2d 747 (Fla. 3d DCA 1978), cert. denied, 364 So.2d 891 (Fla.1978).